IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLINTON COLEMAN,**

    **Plaintiff,**

vs.   Case Number 4:05cv147-RH/WCS

**CAROL BUTLER,**
**MONICA DAVID,**
**and JOHN DOE,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff, an inmate proceeding *pro se* in this § 1983 civil rights action, has filed an amended complaint. Doc. 17. Plaintiff's complaint adequately alleges due process and ex post facto violations and the amended complaint is generally sufficient to alert Defendants to the nature of Plaintiff's claims and the basis for relief. The docket reveals that Plaintiff has already provided the Court with three service copies of the amended complaint. Thus, this order directs service and requires the submission of a special report as explained in greater detail below. Plaintiff should be aware, however, that service cannot be directed on a John Doe Defendant. Thus, service will only be carried out on Defendants Butler and David at this time.

Accordingly, it is

**ORDERED:**

1. The docket shall reflect that there are three Defendants in this action, although only two of whom are named: **Carol Butler,** with the Florida Department of Corrections, and **Monica David,** chairman of the Florida Parole Commission. Plaintiff has named a John Doe Defendant as well; this Defendant is an unknown administrator of Tennessee's Interstate Parole Compact. Plaintiff shall have ten days from the entry of this order on the docket in which to notify the Court if this is *incorrect*.

2. The Clerk shall issue summons for the two named Defendants, indicating they have 60 days in which to file a responsive pleading (which in this case will be a written report as detailed *infra*), and refer the summons to the United States Marshal along with the service copies of the complaint.[1]

3. The Clerk shall also prepare and send the United States Marshal a copy of this order for each of the two named Defendants. Pursuant to FED. R. CIV. P. 4(c)(2), all costs of service shall be advanced by the United States.

4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Debra Hix** is specially appointed to serve process upon Defendant **Carol Butler** at the Florida Department of Corrections Central Office. In the absence of **Debra Hix**, the specially

---

[1] Although the special report process has generally been used in the past only for actions against Department of Corrections officials; it appears that this process could be used in this case where it is alleged that prison officials and parole officials have jointly utilized the allegedly false information. The special report process generally avoids discovery which provides cost savings to Defendants and the Plaintiff.

Case Number 4:05cv147-RH/WCS

appointed process server designated above, **Susan Torbert** is designated as an alternate server and shall comply with this order as though issued in her name.

5.  Within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the **amended civil rights complaint, summons, and this order** upon Defendant **Carol Butler**. Service shall be accomplished **by mailing these documents by regular mail to the above named special process server, Debra Hix, who shall serve the amended complaint.**  All costs of service shall be advanced by the United States.

6.  Within 10 days after receipt of the complaint and this order, **Debra Hix** shall **serve the complaint upon Defendant Carol Butler, complete** and **sign** the return of service, and **return** it to the <u>Clerk of Court</u> as proof of service.  *Defendant Butler shall also sign the return of service as an acknowledgment of receipt of service.*

7.  If the Defendant is no longer employed at the designated location, or is otherwise unable to be served, the server shall report this information to the Clerk of the Court within 10 days after receipt of the complaint and this order.  *If service is returned unexecuted, the Clerk of Court shall immediately refer the file to chambers.*

8.  Pursuant to FED. R. CIV. P. 4(d), the United States Marshal shall send a copy of the amended complaint, a completed Form 1A (revised), two copies of Form 1B (revised), and a prepaid means of compliance to **Defendant Monica David** through first class mail.  The Marshal shall mail the forms to Defendant David as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket as contemplated by FED. R. CIV. P. 4(m).

9. If, after 30 days from the mailing of the waiver of service forms and the complaint, Defendant David has not returned the waiver of service form (Form 1B (revised)), the Marshal shall obtain summons from the Clerk and personally serve Defendant David pursuant to FED. R. CIV. P. 4(e). Upon completion of service, the Marshal shall file with the Clerk the return and a written statement of all costs incurred in making such personal service.

10. The Clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on Defendant David returned unexecuted, or if the Marshal has filed a statement of costs incurred for making personal service.

11. Defendants Butler and David shall review Plaintiff's amended complaint to:

   a. Ascertain the facts and circumstances surrounding the complaint;

   b. Consider whether any action should be taken directly by prison officials to resolve the issues raised in the complaint; and

   c. Determine whether other, similar complaints, whether pending in this court or elsewhere, should be considered together.

12. Within 60 days of receipt of the summons, Defendants shall respond to the complaint either by filing a motion to dismiss or by filing a special report with the Court, and a copy thereof to Plaintiff, containing the following:

   a. Sworn statements of all persons having knowledge and relevant information of the subject matter of the complaint. (Authorization is hereby granted to interview all witnesses to the events of the complaint, including the Plaintiff.)

   b. Copies of any written reports prepared as a result of investigation of the inmate's allegations.

Case Number 4:05cv147-RH/WCS

    c. All defenses, including immunity defenses. If not listed, such defenses may be considered waived.

    d. Where relevant, copies of medical or psychological or disciplinary records.

    e. Where applicable, copies of relevant administrative rules, regulations, or guidelines.

Defendants are advised that, at some time in the future upon notice of the Court, the special report may be deemed a motion for summary judgment. **Therefore, in addition to the above, the special report shall be in compliance with Local Rule 56.1, and shall include all Fed. R. Civ. P. 56 materials Defendants wish the Court to consider.[2]**

    13. No answer, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the Court. If any such pleading or motion is sent to the Court, the Clerk shall not file or otherwise treat the pleading as a motion unless or until the Court so orders.

    14. Plaintiff shall not file a reply to Defendants' special report until ordered to do so by the Court. However, Plaintiff shall file a response to a motion to dismiss, if filed by either of the Defendants, within 20 days of the date of service of such a motion.

    15. Once a special report is filed, no further amendments to the complaint shall be permitted by the Court unless, as required by Rule 15 of the Federal Rules, Plaintiff

---

[2] The special report must contain a short and concise statement of the material facts and shall not merely re-assert Plaintiff's allegations.

files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.  N.D. Fla. Loc. R. 15.1.

16. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, the form should be signed and forwarded to counsel for Defendants (after service of process is completed).  If Defendants wish to consent, the form should be signed and returned to the Clerk.

17. In the future, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court.  Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

18. The Clerk of Court shall return this file to the undersigned no later than **January 13, 2006**.

**DONE AND ORDERED** on October 19, 2005.

>  s/    William C. Sherrill, Jr.
>  **WILLIAM C. SHERRILL, JR.**
>  **UNITED STATES MAGISTRATE JUDGE**

Case Number 4:05cv147-RH/WCS