# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CLINTON COLEMAN,

    Plaintiff,

v.                                    CASE NO. 4:05cv147-RH/WCS

CAROL BUTLER, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the court on the magistrate judge's second report and recommendation (document 72), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Carol Butler's motion to dismiss (document 54) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 20th day of July, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge