IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLINTON COLEMAN,

    Plaintiff,

v.   CASE NO. 4:05cv147-RH/WCS

CAROL BUTLER, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

This matter is before the court on the magistrate judge's report and recommendation (document 68), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for a temporary restraining order and a preliminary injunction (document 59) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 24th day of October, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge